Transcription and Translation of audio recording:
0 - 3106813301.01.13 02.02.2016 at 11.29.29.180.wav

| M1 | First Male |
|---|---|
| M2 | Second Male |

| | | | |
|---|---|---|---|
| Tono para marcar | | | Dialing tone |
| … ininteligible … | | M1 | … unintelligible … |
| Uy, hermano, ya, ya me iba… ya, oye, ya me iba a cansar de marcarle. | | M2 | Ooh, brother, I was, I was already … listen, I was getting tired of calling you. |
| ¿Cómo así? | | M1 | What do you mean? |
| Uy, estoy marcando por ahí unas cincuenta veces. | | M2 | Ooh, I called around fifty times. |
| Pero, ah, éste … ininteligible … yo lo tenía cargando. | | M1 | But, uh, this … unintelligible … I was charging it. |
| … ininteligible … | | M2 | … unintelligible … |
| Sí, no… | | M1 | Yeah, …. |
| ¿Qué hay Adrian? | | M2 | What's up Adrian? |
| … voces cruzadas … la tenía cargando. Bien, bien. … ininteligible … | | M1 | … overlapping voices … I was charging it. Ok, ok. … unintelligible … |
| … voces cruzadas … … Ah, bueno. | | M2 | … overlapping voices … Oh, ok. |
| … voces cruzadas … … ininteligible … | | M1 | … overlapping voices … … unintelligible … |
| Ah, ya, no, yo estaba diciendo no era este. | | M2 | Oh, ok, no, I was saying that it wasn't this one. |
| Ah, ya, ya, ya. Bueno, Adrián, una preguntica. | | M1 | Oh, ok, ok, ok. Well, Adrian, |
| Sí. | | M2 | Yes. |
| … ininteligible … padrino que haga el favor y le, le de los precios de los muchachos. | | M1 | … unintelligible … godfather that you do him the favor and give him the, the, the price for the boys. |
| Ah, ya, ya, listo, listo. | | M2 | Oh, ok, ok, ok, ok. |
| Por lo de, lo de cada uno. Lo de Jose [deletreado como suena] ¿cuánto es? | | M1 | For, for each one of them. What belongs to Jose [spelled as it sounds] is how much? |
| Ya. Lo de Jose, pues, le, le, le … ininteligible … son siete y medio. | | M2 | Ok. Jose's, well, for him, him, him … unintelligible … its seven and a half. |
| Siete y medio, bueno. ¿Lo de Nando [deletreado como suena]? | | M1 | Seven and a half, good. And Nando's [spelled as it sounds]? |
| Lo mismo. Igual. | | M2 | The same. Equal. |
| ¿Pa'l otro? | | M1 | And for the other one? |
| Eh, ese fue, va a ser lo mismo también quedó. | | M2 | Uh, that one ws, it's going to be the same [it was] agreed. |
| Bueno. ¿Eh, Caucano [deletreado como suena]?  Cauca … | | M1 | Alright. Uh, Caucano [spelled as it sounds]? … Cauca … |
| Ese debe estar en cinco. Deben esos salen iguales con Don Wilson [deletreado como suena]. | | M2 | He must be five. It must be the same as Don Wilson [spelled as it sounds]. |
| Bueno, Wilson lo mismo. | | M1 | Alright, Wilson is the same. |
| Sí. | | M2 | Yes. |
| ¿Y Joe Joe? [deletreado como suena] | | | And Joe Joe? [spelled as it sounds] |

Transcription and Translation of audio recording:
0 - 3106813301.01.13 02.02.2016 at 11.29.29.180.wav

| M1 | First Male |
| M2 | Second Male |

| Sí. Ese, bueno, está en, en doce. | M2 | Yes. He's, well, he's at twelve. |
|---|---|---|
| Ya, doce, listo. | M1 | Ok, twelve, alright. |
| Ruidos and voices ininteligibles en el fondo | | **Unintelligible background voices and noise** |
| … inteligible … está en seis. | M1 | … unintelligible … is at six. |
| Sí, sí, sí. | M2 | Yes, yes, yes. |
| Quien falta es, lo mismo el Caucano, Nando, ¿ya? … ininteligible … | M1 | The one missing is, the same as el Caucano, Nando, that's it? … unintelligible … |
| Ya, ya listo. Usted, … ininteligible … son veinte y dos quinientos. | M2 | That's it. You, … unintelligible … are twenty-two five hundred. |
| …ininteligible … son veinte y dos quinientos. Jose siete quinientos. Nando siete quinientos. Carlos [deletreado como suena] es siete quinientos. Caucano es siete quinientos. Will [deletreado como suena] siete quinientos y Joe seis. | M1 | … unintelligible … twenty-two five hundred. Jose seven five hundred. Nando seven five hundred. Carlos [spelled as it sounds] is seven five hundred. Caucano is seven five hundred. Will [spelled as it sounds] seven five hundred and Joe six. |
| Sí. | M2 | Yes. |
| Sí, … ininteligible … Y Virgilio no va, ¿oyó? | M1 | Yes, … unintelligible … And Virgilio's not going, you hear? |
| Ah, ¿no? ¿No? | M2 | Oh, no? [He's] not? |
| No, Virgilio quiere ir a, a otra ciudad. | M1 | No, Virgilio wants to go to, to another city? |
| Ah, bueno, listo, listo. Sí, porque él, fue él me llamó ahora. Ya. | M2 | Ah, alright, ok, ok. Yeah, because he, it was him who called me just now. |
| Sí, sí, sí. Y algo de desecharlo de una vez. | M1 | Yes, yes, yes. And something about throwing it out all at once. |
| Ah, bueno. Listo, listo, bueno, bueno, bueno. | M2 | Oh, alright. Ok, ok, alright, alright, alright. |
| Listo, bueno. Ya ahorita le confirmó … ininteligible … entonces. | M1 | Alright, ok. I'll confirm … unintelligible … then. |
| Bueno, listo. Bueno. | M2 | Ok, alright. Alright. |
| A ver si le mandan a usted, no sé. Está, ya, ya le cogimos. | M1 | Let's see if they send to you, I don't know. It's, already, we already got it. |
| Bueno, listo, bueno … ininteligible … | M1 | Alright, ok, alright … unintelligible … |
| Sí. | M2 | Yes. |

**END OF RECORDING**