**Transcription and Translation of Audio Recording:**
**0 - 3108878968.01.01 - 09.12.2015 at 14.27.14.263.wav**

| M1 | First Male |
|---|---|
| M2 | Second Male |

| Spanish | Speaker | English |
|---|---|---|
| Tono para marcar | | Dialing tone. |
| Eh, papito. Ah ¿qué era lo que me decía? | M1 | Eh, *papito*. Uh, what was it that you were telling me? |
| Pues, sí, y, y, estaba hablando pues, el, el, el paciente se murió, hermano. | M2 | Well, yes, and, and, I was saying well, the, the, the patient died, brother. |
| ¿Se murió el paciente? | M1 | The patient died? |
| Sí, está … ininteligible … se murió el primo y no … ininteligible … en México, hermano. | M2 | Yes, he's … unintelligible … the [male] cousin died and … unintelligible … in Mexico, brother. |
| ¡Ah! Hermanos. | M1 | Oh! Brothers. |
| Sí. Estoy, estoy ahorita apurao por eso. Pues yo creo que … ininteligible … pa' fin de mes, unintelligible … | M2 | Yes. Right now I'm, I'm worried because of that. So I think that … unintelligible … towards the end of the month … unintelligible … |
| ¿A, a fin de mes? | M1 | Towards the end of the month? |
| Sí, para fin de mes o antes.  De todas maneras, yo te aviso, pues. A usted algo, algo yo le aviso. Cuando estamos buscando a ese fútbol… | M2 | Yes, towards the end of the month or before that. Anyway, I'll let you know, then. I'll let you know something, something. When we're looking for that soccer ball… |
| Ajá. | M1 | Uh-huh. |
| Y entonces, y yo se lo tengo que llevar aquí, yo, me va llegar eso otro es, es, es … ininteligible … | M2 | And so, and I have to take it to him here I, that other thing is, is, is coming to me … unintelligible … |
| ¿Cómo? | M1 | What? |
| El que vaya ahora está … ininteligible … ¿Le parece? | M2 | The one who goes now is … unintelligible … What do you think? |
| Sí. | M1 | Yes. |
| … ininteligible …  dos últimos enfermos, no, dos últimos enfermos, el primo no. Va a llegar, el, el Moreno. Van a andar por allá. | M2 | … unintelligible … two last sick ones, no, two last sick ones, not the [male] cousin. Moreno is going to arrive. They're going to go over there. |
| Ah, y … ininteligible … y, y, entonces el, el otro bobo no va. | M1 | Oh, and … unintelligible … and, and, then the, the other dummy's not going. |
| No hay … ininteligible … ahí no hay ininteligible … Ahí, ahí, ahí estuvo un, unos teléfonos de, de, de Chiripa. | M2 | There's not … unintelligible … There's no … unintelligible … There, there, there, was a, some of, of, of Chiripa's telephones. |
| Sí, porque … unintelligible … ah, antier, antier ¿ me, me, me estaba, me estaba, me ha estado llamando. | M1 | Yes, because, … unintelligible … ah, the day before yesterday, the day before yesterday he was calling me, me, me, he has been calling me. |
| ¿Te está llamando … ininteligible …? | M2 | He's calling you … unintelligible …? |
| Sí, ah … | M1 | Yes, uh … |
| … interrumpe … A mí . | M2 | … interrupts … [calling] me. |
| …me ha, me ha estado llamando por ahí por donde estaba. | M1 | … he has, he has been calling me from around there, where he was. |

**Transcription and Translation of Audio Recording:**
**0 - 3108878968.01.01 - 09.12.2015 at 14.27.14.263.wav**
**M1                    First Male**
**M2                    Second Male**

| | | |
|---|---|---|
| ¿No lo han … unintelligible … El precio es pa' ti. … ininteligible …  y yo estoy más pelao. | M2 | Hasn't … unintelligible … That price is for you … unintelligible … and I'm so broke. |
| Ah. | M1 | Oh. |
| Y él gana más, gana pa mí, le da, gana más que uno de eh, eh, eh, eh, en la,  allá en los técnicos y, y, y … ininteligible … | M2 | And he earns more, he earns, I think, he earns more than one of the, uh, uh, uh, uh in the, the techs over there and, and, and … unintelligible … |
| … ininteligible … | M1 | … unintelligible … |
| Ah, … ininteligible … un, un abusivo … ininteligible … ¿no? | M2 | Uh, … unintelligible … he's, an, an abusive [person] … unintelligible … right? |
| Oh, y, ah no, pues, cada uno ahí estamos, pero, … ininteligible … que a, a, a fines de este mes los … ininteligible … pues. | M1 | Oh, and, oh no, well, each one of us is there, but … unintelligible … that towards the, the, the end of this month the … unintelligible … |
| Sí, sí, me voy a traerlo … ininteligible … está en, a ese rumbo le daban, le buscaban … ininteligible … mucho. Se hondaba mucho entonces se fue a, a otra, otra parte. | M2 | Yes, yes, I'm going to go and bring it back … unintelligible … it's on, on that course that he was given, they were looking for him … unintelligible … a lot. It sank a lot, so he went somewhere, somewhere else. |
| Ah, pero no sabe pa' qué lao? | M1 | Oh, but you don't know where? |
| No, … ininteligible … ¿Si me entendió? … ininteligible … se hondaba mucho con el agua, entonces, no servía, ¿me entiendes? | M2 | No, … … unintelligible … Do you understand? … unintelligible … it sank a lot with the water, then it was no good, understand? |
| Ah. ¿ Usted, usted no va a  … ininteligible …? | M1 | Oh, You're, you're not going to … unintelligible … ? |
| De estos días … ininteligible …  Acuerpao … ininteligible … a mí, estoy tranquilo. El me llama … ininteligible …  Todavía … ininteligible … | M2 | During these days … unintelligible … *Acuerpao*, unintelligible … to me. I'm calm. He calls me … unintelligible …  It's still … unintelligible … |
| Ah, no sé, papi. | M1 | Oh, I don't know, *papi*. |
| … ininteligible … Y me, esté tranquilo. Yo, yo lo llamo, … ininteligible … | M2 | … unintelligible .. And, stay calm. I'll, I'll call him … unintelligible … |
| A mí no, uy, … ininteligible … estaba trabajando. Estaba sin señal. | M1 | Me, no, ooh, … unintelligible … I was working and I didn't have a signal. |
| Ah, ya, ya, ya. … ininteligible … la llamada mía ahí, eh, ya sabe, pa' decir algo, usted me dice algo, ¿me entiendes? | M2 | Ah, ok, ok, ok. … unintelligible … my call, uh, you know, to say something, you tell me something, understand? |
| Sí, … ininteligible … | M1 | Yes, … unintelligible … |
| …voces cruzadas … … ininteligible … | M1 | … overlapping voices … … unintelligible … |
| … voces cruzadas …  ininteligible …. | M2 | … overlapping voices … … unintelligible … |
| … ininteligible … | M1 | … unintelligible … |
| Sí, … ininteligible … | M2 | Yes, … unintelligible … |
| Ajá. Fin de mes.  … ininteligible … | M1 | End of the month … unintelligible … |
| ¿… ininteligible … con Adrian? | M2 | … unintelligible … with Adrian? |

**Transcription and Translation of Audio Recording:**
**0 - 3108878968.01.01 - 09.12.2015 at 14.27.14.263.wav**
**M1**          **First Male**
**M2**          **Second Male**

| | | |
|---|---|---|
| Sí, … ininteligible … pa' fin de mes. | M1 | Yes, … unintelligible … towards the end of the month. |
| Ah. ¿Y qué le dijo? [No responde] Hello. | M2 | Uh, and What did he say? [No response] Hello. |
| ¿Me oyó? | M1 | Did you hear me? |
| ¿Ah? | M2 | Huh? |
| … ininteligible … | M1 | … unintelligible … |
| ¿Cómo? | M2 | What? |
| Que pa' fin de mes. | M1 | Towards the end of the month. |
| Ah, ya, ya … ininteligible … Listo, papito. Entonces, mañana, papito, ahí … ininteligible … papito. Ahí me llama, o lo llamo. | M2 | Oh, ok, ok … unintelligible … Alright, *papito*. So, tomorrow, *papito*, … unintelligible … *papito*. Call me then, or I'll call you. |
| … ininteligible … | M1 | … unintelligible … |
| … ininteligible … | M2 | … unintelligible … |

**END OF RECORDING**